IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Natasha Benton-Hill, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>The University of Rochester,<br><br>     Defendant. | CASE NO. 6:23-cv-06447-FPG |
| Sabrina Harling, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>The University of Rochester,<br><br>     Defendant. | CASE NO. 6:23-cv-06471 |
| Dominic Fiacco individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>The University of Rochester,<br><br>     Defendant. | CASE NO. 6:23-cv-06518 |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION TO CONSOLIDATE CASES**

Pursuant to Federal Rule of Civil Procedure 42(a)(2) Natasha Benton-Hill, Sabrina Harling, and Dominic Fiacco ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move for an order consolidating the above captioned matters *Benton-Hill v. The University of Rochester,* Case No. 6:23-cv-06447-FPG; *Harling v. The University of Rochester,* Case No. 6:23-cv-06471; and *Fiacco v. University of Rochester*, Case No. 6:23-cv-06518, and any subsequently filed or transferred actions relating to the Data Breach, under the docket number of the first filed case, *Benton-Hill v. The University of Rochester, Case No. 6:23-cv-06447*.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law. A proposed order is submitted herewith.

Prior to filing this Motion, Plaintiffs have conferred with counsel for Defendant who do not oppose the relief sought herein.


Dated: September 19, 2023    Respectfully submitted,

/s/   *Randi Kassan*
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza
Garden City, NY 11530
Telephone: (212) 594-5300
rkassan@milberg.com

Gary. M. Klinger*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

Bryan L. Bleichner*
Philip J. Krzeski*
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

THE LYON FIRM
Joseph M. Lyon*
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

BURSOR & FISHER, P.A.
Philip L. Fraietta
Matthew A. Girardi (pro hac vice forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
         mgirardi@bursor.com

BURSOR & FISHER, P.A.
L. Timothy Fisher (pro hac vice forthcoming)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

*Counsel for Plaintiffs and the Proposed Class*

* *to be admitted pro hac vice*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

>                               _/s/ Randi Kassan_
>                               Randi Kassan